799 A.2d 1289

IN THE MATTER OF RAJANIKANT C. MODY, AN ATTORNEY AT LAW.

June 28, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RAJANIKANT C. MODY** of **JERSEY CITY,**

who was admitted to the bar of this State in 1975, and who was suspended from the practice of law for a period of three months effective March 11, 2002, by Order of this Court filed February 6, 2002, be restored to the practice of law, effective immediately.